# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| THOMPSON AGRONOMICS, INC., | |
| Plaintiff, | No. C05-3075-PAZ |
| vs. | **ORDER** |
| MANVILLE MEADOWS FARM, INC. and DON MANVILLE, | |
| Defendants. | |

The plaintiff's unopposed motion (Doc. No. 28) for leave to amend its Complaint[1] is **granted**. The plaintiff is directed to correct the title of the pleading to reflect that it is an Amended Complaint, rather than an Amended Petition, and to file the Amended Complaint by **September 25, 2006**.

**IT IS SO ORDERED.**

**DATED** this 21st day of September, 2006.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[1] The plaintiff continues to call its pleading a "Petition." The correct nomenclature in federal court is a "Complaint."